UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL HILL | CIVIL ACTION NO. 06-0070 |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation as well as in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation and to the Supplemental Report and Recommendation in the record;

IT IS ORDERED that Plaintiff's civil rights action is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 25th day of July, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge